IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES ANTHONY PRICE, #188095,     )
    )
            Petitioner,     )
    )
vs.     )    CASE NO. 1:13-cv-921-WHA
    )
CHERYL PRICE, et al.,     )
    )
            Respondents.     )

## **ORDER**

This case is before the court on the Magistrate Judge's Recommendation (Doc. #26), entered on February 16, 2016, and the Petitioner's Objections (Doc. #29), filed on March 18, 2016.

The court has conducted an independent evaluation and *de novo* review of the Recommendation, the Objection, and the file in this case. Having done so, the court finds that the Objection merely reasserts arguments already considered and discussed in the Recommendation. The court agrees with the findings of the Magistrate Judge in her discussion of all of these issues, and it is hereby ORDERED as follows:

1. Petitioner's Objections are OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 4th day of April, 2016.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE