IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANTHONY PRICE, #188095, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 1:13-cv-921-WHA |
| | ) |
| CHERYL PRICE and LUTHER STRANGE, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 4th day of April, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE